FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2019**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANAWAH M. DOWNING,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON,<br><br>Defendant. | No. 4:19-CV-05055-TOR<br><br>9CCA Case No. 19-35803<br><br>ORDER TRANSFERRING *IN FORMA PAUPERIS* APPLICATION TO COURT OF APPEALS |

Before the Court is Plaintiff's application to proceed on appeal to the Circuit Court *in forma pauperis*. ECF No. 9. Plaintiff's Petition was dismissed on May 14, 2019, and the Court certified that any appeal could not be taken in good faith. ECF No. 4. Plaintiff filed the Notice of Appeal in this case on September 19, 2019. ECF No. 8.

Since this case is already before the Circuit Court, this Court hereby transfers Plaintiff's Application to Proceed *In Forma Pauperis* and all supporting documentation to the Ninth Circuit Court of Appeals.

The Court executive is instructed to provide a copy of this order to Plaintiff and to the Clerk of the Circuit Court.

**IT IS SO ORDERED.**

DATED September 23, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER TRANSFERRING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1