| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 8 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TANAWAH M. DOWNING,<br><br>        Petitioner-Appellant,<br><br> v.<br><br>STATE OF WASHINGTON,<br><br>        Respondent-Appellee. | No. 19-35803<br><br>D.C. No. 4:19-cv-05055-TOR<br>Eastern District of Washington,<br>Richland<br><br>ORDER |

Before: SILVERMAN and OWENS, Circuit Judges.

The request for a certificate of appealability is denied because the notice of appeal was not timely filed. *See* 28 U.S.C. §§ 2107, 2253(c)(2).

Any pending motions are denied as moot.

**DENIED.**